**92–952.** Savoie v. Grange Mut. Cas. Co. *Holmes County,* No. CA–450. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers instanter. Motion granted.

MOYER, C.J., dissents because the motion was filed out of rule.

WRIGHT, J., dissents.

**92–1065.** Mentor Lumber & Supply Co. v. Victor. *Lake County,* No. 91–L–083. On motion to correct the record. Motion granted.

**92–1116, 92–1117, 92–1118 and 92–1119.** Polikoff v. TRW, Inc. *Cuyahoga County,* No. 63515. On motion for leave to file *amicus* of Murray & Murray Co., L.P.A. Motion granted.

**92–1165.** Jackson v. Regional Transit Auth. *Cuyahoga County,* No. 60443. On motion for default judgment. Motion denied.

**92–1238.** Lincoln Elec. Co. v. Limbach. Board of Tax Appeals, No. 88–E–651. On motion for leave to file reply brief instanter. Motion granted.

F.E. SWEENEY, J., dissents.

On request to reject appendix. Motion granted.

RESNICK and F.E. SWEENEY, JJ., dissent.

**92–1276.** Arpadi v. First MSP Corp. *Cuyahoga County,* No. 59939. On motion for leave to file *amicus* of Ohio State Bar Association. Motion granted.

**92–1954.** State v. Robinson. *Lucas County,* No. L–91–195. On motion for leave to file memorandum in support instanter. Motion granted.

A.W. SWEENEY, WRIGHT and F.E. SWEENEY, JJ., dissent.

**92–2558.** State v. Wren. *Cuyahoga County,* No. 59618. On motion for leave to file delayed appeal. Motion granted.

A.W. SWEENEY and F.E. SWEENEY, JJ., dissent.

**92–2563.** Verbanic v. Verbanic. *Trumbull County,* No. 91–T–4521. On motion for leave to exceed page limit. Motion denied.

A.W. SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–2580.** State v. Eves. *Summit County,* No. 14247. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**92–2581.** State v. Smalcer. *Cuyahoga County,* No. 60863. On motion for leave to file delayed appeal. Motion granted.

A.W. SWEENEY, WRIGHT and F.E. SWEENEY, JJ., dissent.

**92–2582.** State v. Mitchell. *Cuyahoga County,* No. 64305. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**92–2584.** State v. Ferguson. *Cuyahoga County,* No. 60713. On motion for leave to file delayed appeal. Motion granted.

A.W. SWEENEY, WRIGHT and F.E. SWEENEY, JJ., dissent.

**92–2605.** Marks v. Univ. of Cincinnati. *Hamilton County,* No. C–910908. On motion to dismiss. Motion denied.

**92–2641.** State ex rel. Celebrezze v. Marshall. In Mandamus. On motion for alternative writ. Motion granted.

WRIGHT, J., not participating.

**93–23.** State ex rel. Hayburn v. Kiefer. In Quo Warranto. On motion for alternative writ. Motion denied.

PFEIFER, J., would also expedite this cause on the court's calendar.